994

No. 80–469. Speirs et al. v. Bank of Nevada et al. Sup. Ct. Nev. Certiorari denied.

No. 80–473. Southern Pacific Transportation Co. v. Evans, Temporary Administratrix, et al. Ct. Civ. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 80–476. DeMarco v. Pennsylvania State Board of Medical Education and Licensure. Pa. Commw. Ct. Certiorari denied.

No. 80–523. Walsh v. United States. C. A. 7th Cir. Certiorari denied.

No. 80–536. Seraphim v. Wisconsin et al. Sup. Ct. Wis. Certiorari denied.

No. 80–587. Stotts v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–595. Smith v. United States. C. A. 10th Cir. Certiorari denied.

No. 80–600. Witschner v. United States. C. A. 8th Cir. Certiorari denied.

No. 80–604. Walker v. Barry, Mayor of District of Columbia, et al. C. A. D. C. Cir. Certiorari denied.

No. 80–619. Loney v. United States. C. A. 3d Cir. Certiorari denied.

No. 80–626. Gravett v. Maryland. Ct. Sp. App. Md. Certiorari denied.